Calvin WOOLFOLK, Plaintiff–Appellant,

v.

UNITED PARCEL SERVICE, INC., Defendant–Appellee,

and

Gary Medeiros; et al., Defendants.

No. 01–15574.

D.C. No. CV–99–06809–OWW/SMS.

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 14, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM **

Calvin Woolfolk appeals pro se the district court's summary judgment in favor of defendants in his action alleging race discrimination. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment. *Wallis v. J.R. Simplot Co.,* 26 F.3d 885, 888 (9th Cir.1994). We affirm.

Woolfolk failed to establish a prima facie case for discrimination because he did not produce any evidence that he was qualified for the position, or that defendant United Parcel Service treated other similarly-situated employees not in the protected class more favorably. *See McDonnell–Douglas v. Green,* 411 U.S. 792, 802, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973).

Woolfolk also failed to raise a genuine issue of material fact regarding the truth of United Parcel Service's nondiscriminatory reason for terminating him. *See Chuang v. Univ. of Cal. Bd. of Tr.,* 225 F.3d 1115, 1127 (9th Cir.2000).

Woolfolk's remaining contentions lack merit.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.